Bourgeois vs. Schrage and wife, imp.

Bourgeois, Respondent, vs. Schrage and wife, imp., Appellants.

*September 5 — September 20, 1887.*

*Appeal from order confirming report.*

An order confirming the findings and report of a referee is not appealable, since that merely constitutes them the findings of the court, and no appeal lies from findings.

APPEAL from the Circuit Court for *Ozaukee* County.

This was an action to foreclose an equitable mortgage, in the form of an absolute deed. It was tried by a referee, and on the coming in of his report the defendants excepted to his findings and moved to modify his report. Upon the hearing of that motion it was denied, and an order entered confirming the report, from which defendants *Schrage* and wife appeal.

*De W. C. Priest*, for the appellants.

*Conrad Krez*, for the respondent.

The arguments were confined to the sufficiency of the evidence to sustain the findings, and the regularity of the order.

ORTON, J. This is an appeal from an order confirming the report of a referee. It is very clear that such an appeal does not lie. The confirmation of the findings and report of the referee constitutes them the findings of the court in the case. *White v. Magann*, 65 Wis. 86. An appeal cannot be taken from the findings of fact or conclusions of law of the circuit court. *Webster-Glover L. & M. Co. v. St. Croix Co.* 63 Wis. 647. This appeal must therefore be dismissed. We very much question from our knowledge of the case whether the result would have been more favorable to the appellants had we been able to consider on this appeal the real merits of the report of the referee.

*By the Court.*— The appeal is dismissed.